# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Geno Arneson

                    Plaintiff,

v.                                          Case No.: 1:12–cv–05762
                                                Honorable Robert W. Gettleman

Credit Control, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 6, 2012:

      MINUTE entry before Honorable Robert W. Gettleman: Pursuant to F.R.C.P. 41(a)(1)(A)(i), this case is dismissed with prejudice. Status hearing date of 11/7/2012 is stricken. Civil case terminated. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.